ERIC GRANT
United States Attorney
ZULKAR KHAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:26-CR-00084-WBS-1 |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| TAISIA SOLOAI FAUOLO, | DATE: July 6, 2026 |
| Defendant. | TIME: 10:00 a.m. |
| | COURT: William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a status conference on July 6, 2026.

2.      By this stipulation, the parties now move to continue the status conference until August 10, 2026, and to exclude time between July 6, 2026, and August 10, 2026, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic, and multiple video recordings. All of this discovery was either produced directly to counsel or has been made available for inspection and copying.

b)      Counsel for defendant desire additional time to consult with her client, review the

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

current charges, conduct investigation and research related to the charge, review and copy discovery for this matter, discuss potential resolutions with her client, and otherwise prepare for trial.

c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)    The government does not object to the continuance.

e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 6, 2026 to August 10, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  July 1, 2026                                    ERIC GRANT
                                                        United States Attorney


                                                        /s/ ZULKAR KHAN
                                                        ZULKAR KHAN
                                                        Assistant United States Attorney


Dated:  July 1, 2026                                    /s/ CARYN WARREN
                                                        CARYN WARREN
                                                        Counsel for Defendant
                                                        TAISIA SOLOAI FAUOLO


**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  July 2, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3